# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE H. CAMPBELL,       ) | 1:06-CV-01865-AWI-SMS-HC |
| Petitioner,       ) | |
| v.       ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| KATHY MENDOZA-POWERS, Warden,       ) | |
| Respondent.       ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 2, 2007**            /s/ Sandra M. Snyder
ah0l4d                              UNITED STATES MAGISTRATE JUDGE