UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAROLD CAMPBELL, | ) | 1:06-cv-01865-AWI-SMS-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| KATHY MENDOZA-POWERS, Warden, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On March 16, 2007, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED without prejudice.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 16, 2007, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   May 17, 2007**               /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE